Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILBER F. DE PUY, Appellant.

*People* v. *De Puy,* 115 App. Div. 564, appeal dismissed.
(Argued January 30, 1907; decided February 1, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 24, 1906, which affirmed an order of the court at a Trial Term directing the removal of the within criminal action to the Orange County Court and authorizing the trial of said action at an adjourned term thereof.

*Henry Bacon* and *C. L. Waring* for appellant.

*Thomas C. Rogers* for respondent.

Appeal dismissed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GAETANO GIANVECCHIO, Appellant.

*People* v. *Gianvecchio,* 113 App. Div. 903, appeal dismissed.
(Submitted January 28, 1907; decided February 1, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial

department, entered May 11, 1906, which affirmed a judgment of the Court of General Sessions in the county of New York rendered upon a verdict convicting the defendant of the crime of forgery in the second degree.

The motion was made upon the gronnd of failure of the appellant to prosecute the appeal.

*William Travers Jerome, District Attorney (E. Crosby Kindleberger* of counsel), for motion.

*Rosario Maggio* opposed.

Motion granted and appeal dismissed unless appellant duly notice the appeal for argument for March 4, 1907, and serve three copies of his printed brief on the district attorney on or before February 25, 1907, in which case motion denied.